

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00881-CV

Jose **SANCHEZ** and Jeanne Sanchez,
Appellants

v.

**WALTER MORTGAGE COMPANY LLC**,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 10-03-48878-CV
Honorable Richard C. Terrell, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
                Sandee Bryan Marion, Justice
                Marialyn Barnard, Justice

Delivered and Filed:  March 26, 2014

DISMISSED FOR LACK OF JURISDICTION

The trial court signed a final judgment on August 2, 2013. Appellants filed a timely motion for new trial on September 3, 2013. Therefore, appellants' notice of appeal was due to be filed on October 31, 2013. *See* TEX. R. APP. P. 26.1(a). A motion for extension of time to file appellants' notice of appeal was due to be filed on November 15, 2013. *See* TEX. R. APP. P. 26.3. Appellants did not file their notice of appeal until December 10, 2013. Appellants did not file a motion for extension of time to file their notice of appeal.

On February 4, 2014, appellee filed a motion to dismiss this appeal, arguing that this appeal must be dismissed because appellants' notice of appeal was untimely. Appellants did not file a response to appellee's motion to dismiss. On February 24, 2014, we ordered appellants to show cause in writing why this appeal should not be dismissed for lack of jurisdiction. We ordered appellants to file their response by March 11, 2014. Appellants did not file a response to our order.

Because appellants' notice of appeal is untimely, we lack jurisdiction over this appeal and must dismiss it. *See Flores v. Citizens State Bank of Roma, Texas*, 954 S.W.2d 78, 79 Tex. App.—San Antonio 1997, no writ) (dismissing appeal for lack of jurisdiction when the appellants failed to timely perfect their appeal). Appellee's motion to dismiss this appeal is granted. This appeal is dismissed for lack of jurisdiction.

PER CURIAM